UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE:   David Buffington                     :        Case No.:  01-51698
Shirley Y. Buffington                :
                                     :        Judge:  Paul W Bonapfel
DEBTORS                              :
                                     :        Chapter:  13

**AMENDMENT TO PLAN**

COME NOW the Debtors in the above-styled action and hereby amend their Plan and Schedules as follows:

1.      The preamble of the Plan is amended to show a decrease in the Plan payment to $505.00 per month.

2.      The Plan provides for the surrender of collateral, timeshare securing Fairfield Communities, Inc.

3.      Schedule J as attached as attached.

WHEREFORE, Debtors pray that this Amendment be read and considered and for such other relief as the Court deems just and proper.

Respectfully submitted this 21st day of August, 2003.

_____/s/_____
Susan H. Shiptenko, Bar No.: 377402
Attorney for Debtors
Berry and Associates
2751 Buford Highway
Suite 400
Atlanta, Georgia  30324

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE:        David Buffington                    Case No.:  01-51698
              Shirley Y. Buffington

                                                  Judge:  Paul W Bonapfel

              DEBTORS                             Chapter:  13

VERIFICATION

Comes now the undersigned and hereby affirm that the information contained in the attached amendment is true and correct to the best of my/our knowledge.

Respectfully submitted this 21st day of August, 2003.


_____/s/_____
David Buffington


_____/s/_____
Shirley Y. Buffington

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

**Certificate of Service**

The undersigned hereby certifies that the below listed individuals have been served with a true and correct copy of the attached pleading by placing copies of same in a properly addressed envelope with adequate postage thereon and the depositing of same in the United States Mail.

This 22nd day of August, 2003.

_____/s/_____
Susan H. Shiptenko, Bar No.: 377402

Served:

David Buffington
Shirley Y. Buffington
287 Taylor Ridge Rd. NE
Resaca, Georgia  30735

Fairfield Communities, Inc.
P.O. Box 9372
Las Vegas, NV 89193

Fairfield Acceptance Corporation-Nevada
c/o Robert E. Bland, Vice President
7730 West Sahara Avenue
Suite 105
Las Vegas, NV 89117

Mary Ida Townson
100 Peachtree Street
Suite 300
Atlanta, Georgia  30303

All Creditors On Attached Matrix