FORM B6J
(6/90)

In re  **David E. Buffington & Shirley Y. Buffington**,  Case No. __01-51698 PWB__
           _____Debtor_____                                          (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| Item | Amount |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 669.00 |
| Are real estate taxes included?  Yes _____  No ✓ | |
| Is property insurance included?  Yes ✓  No _____ | |
| Utilities  Electricity and heating fuel | $ 100.00 |
| Water and sewer | $ 50.00 |
| Telephone | $ 80.00 |
| Other  Cable | $ 70.00 |
| Home maintenance (Repairs and upkeep) | $ 100.00 |
| Food | $ 500.00 |
| Clothing | $ 100.00 |
| Laundry and dry cleaning | $ 40.00 |
| Medical and dental expenses | $ 50.00 |
| Transportation (not including car payments) | $ 370.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ 0.00 |
| Life | $ 0.00 |
| Health | $ 0.00 |
| Auto | $ 180.00 |
| Other _____ | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)  Mobile home tax | $ 78.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
| Auto | $ 0.00 |
| Other _____ | $ 0.00 |
| Other _____ | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other _____ | $ 0.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$ 2,387.00** |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A. Total projected monthly income        $ 2,892.70
B. Total projected monthly expenses      $ 2,387.00
C. Excess income (A minus B)             $ 505.70
D. Total amount to be paid into plan each  monthly  $ 505.00
                                          (interval)

1st Franklin Finance
PO Box 1381
Dalton, GA 30722-1381

Oakwood Acceptance Corporation
c/o John Medina
3675 Crestwood Parkway
Suite 110
Duluth, Georgia 30096

AmeriCredit
PO Box 183834
Arlington, TX 76096-3623

Owasa Family Medicine
109 Hospital Drive
Calhoun, GA 30701

Calhoun First Consumer
1014 S. Wall Street
Calhoun, GA 30701

Providian
P.O. Box 9539
Manchester, NH 03108-9539

Capital One
P.O. Box 85147
Richmond, VA  23276

Conoco
P.O. Box 2107
Ponca City, OK  74602-2107

Cross Country Bank
P.O. Box 310711
Boca Raton, FL 33431-0711

Fairfield Communities, Inc.
PO Box 9372
Las Vegas, NV 89193

Farmers Furniture
176 W C Bryant Pkwy
Calhoun, GA 30701

North GA Physical Therapy
203 Richardson Road
Calhoun, GA 30701

Oakwood Acceptance
PO Box 2708
Greensboro, NC 27425-7081